Ricardo R. Morales 1922160
Michael Unit
2664 FM 2054
Tennessee Colony, Tx. 75886

April 30, 2015

Mr. Keith E. Hottle, Clerk
4th Court of Appeals / District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037
Attn; Jonathan Quintero

Re; COA No. 04-14-00288-CR
Trial Court Case Number 13-1384-CR-A
Style: Ricardo Roger Morales V. State of Texas
2nd 25th Judicial District Court of Guadalupe Co. Tx.

Dear Mr. Quintero
    I am writing this letter to request an extension in time researching my case Pro Se Appeal in the above-referenced matter.
    I was hoping to have gotten this part of my process behind me by now but seeing that I am incarcerated there have been tremendous obstacles. We were locked down for an entire month for the twice a year shake-down of the entire unit so I had no way to get to the law library. As our L.L. doesn't have an extensive law material so I was compelled to

go off the writ by way of mail.

Please Mr. Quintero I beg this court to allow me as much time as the court can grant so I can complete this appeal. I had assumed to have already completed this and had it off but in my situation we always have problems come up.

I would appreciate you immensely if you can grant me at least 45 days.

Thank You for your help in this matter and I am awaiting your reply

Very truly yours

Reuin K. Moore

C.C. K.K.M.

Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

THE TEXAS PRISON
DALLAS TX 750
09 MAY 2025 PM 1
FOREVER

Mrs. Donathan Quintero
Mr. Keith E. Hottle, Clerk
4th Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037